**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

DR. BRIAN W. AMY                                                                            PLAINTIFF

V.                                         CIVIL ACTION NO. 3:07CV-00092-HTW-LRA

KELLY S. SEGARS, SR., J. EDWARD HILL,
DEBRA L. GRIFFIN, CASS PENNINGTON,
LUCIUS M. LAMPTON, H. ALLEN GERSH, and
NORMAN MARSHALL PRICE                                                              DEFENDANTS

## ORDER OF DISMISSAL

Before the court is the notice of dismissal of the above styled and numbered cause filed by the plaintiff.  Inasmuch as there is no objection to the notice, the above styled and numbered cause is hereby fully and finally dismissed.  Should this lawsuit appear again in this federal court, the lawsuit is to be assigned to the undersigned judge.

**SO ORDERED** this the 14th day of March, 2007.

                                                                    s/ HENRY T. WINGATE
                                                                    CHIEF UNITED STATES DISTRICT JUDGE